*In re* RAMÓN MORÁN LOUBRIEL.

*Número:* TS-2084          *Resuelto:* 26 de marzo de 2015

*Geisa M. Marrero Martínez*, directora ejecutiva del Programa de Educación Jurídica Continua, en informe.

PER CURIAM: En múltiples ocasiones hemos suspendido a profesionales del Derecho por su incumplimiento con los requisitos del Programa de Educación Jurídica Continua y por no actualizar su información personal en el Registro Único de Abogados y Abogadas de Puerto Rico. A pesar de ello, otra

vez estamos obligados a suspender del ejercicio de la abogacía a un togado que quebrantó su deber de cumplir con tomar los cursos de educación jurídica continua e informar su cambio de dirección a este Tribunal.

I

El Lcdo. Ramón Morán Loubriel (licenciado Morán Loubriel) fue admitido al ejercicio de la abogacía el 29 de septiembre de 1961 y al de la notaría el 21 de febrero de 1964. Este renunció a la práctica de la notaría el 14 de enero de 2010.

El licenciado Morán Loubriel no cumplió con los requisitos del Programa de Educación Jurídica Continua para el periodo del 1 de agosto del 2007 al 31 de julio de 2009. Como consecuencia, el 10 de octubre de 2014 la Directora del Programa de Educación Jurídica Continua nos sometió el *Informe sobre incumplimiento con requisito de educación jurídica continua.*

En el referido informe se detalla que el 3 de septiembre de 2009 se le envió al letrado un Aviso de Incumplimiento confiriéndole un término de 60 días adicionales para tomar los cursos de educación jurídica continua. Ante la omisión de completar los cursos, el 1 de septiembre de 2011, el Programa de Educación Jurídica Continua citó al licenciado Morán Loubriel a una vista informal a celebrarse el 23 de ese mes. Sin embargo, el letrado no compareció a la referida vista. Asimismo, la Directora del Programa de Educación Jurídica Continua expresó su preocupación con relación a la actitud pasiva del licenciado Morán Loubriel para cumplir con los requisitos de educación jurídica, lo que ha generado costos adicionales a la Rama Judicial.

Ante tal cuadro, el 31 de octubre de 2014 este Tribunal emitió una Resolución en la cual concedimos al licenciado Morán Loubriel un término de 20 días para mostrar causa por la cual no debía ser suspendido del ejercicio de la abo-

gacía por incumplir con los requisitos de educación jurídica continua y por no comparecer ante el Programa de Educación Jurídica Continua. La Resolución fue notificada a la última dirección que aparece en el Registro Único de Abogados y Abogadas de Puerto Rico (RUA). No obstante, esta notificación fue devuelta *Return to sender. Vacant. Unable to forward.* El abogado no ha comparecido según le fue ordenado.

## II

■ Este Tribunal promovió el Reglamento de Educación Jurídica Continua en 1998, 4 LPRA Ap. XVII-D, con el propósito de establecer y regular un programa de educación jurídica obligatorio que contribuya al mejoramiento profesional. *In re Rivera Trani*, 188 DPR 454, 459 (2013). Ello, debido a que es un compromiso de los abogados y las abogadas el "mantener un alto grado de excelencia y competencia en su profesión a través del estudio y la participación en programas educativos de mejoramiento profesional [...]". 4 LPRA Ap. IX, C. 2.

■ El Programa de Educación Jurídica Continua requiere a la clase togada que cursen 24 créditos de educación jurídica continua con algún proveedor acreditado, salvo ciertas excepciones. *In re Villamil Higuera*, 188 DPR 507 (2013). Los abogados y las abogadas que incumplan con tales requisitos, deben justificar su acción y pagar una cuota de $50. Véase 4 LPRA Ap. XVII-E, R. 30. En estos casos, el Director o Directora del Programa de Educación Jurídica Continua citará a los abogados y las abogadas a una vista informal para que expliquen las razones para su incumplimiento. 4 LPRA Ap. XVII-E, R. 31. En caso de que no asistan a la vista informal, el Programa de Educación Jurídica Continua remitirá el asunto ante este Tribunal. 4 LPRA Ap. XVII-E, R. 32.

En un sinnúmero de ocasiones este Tribunal ha disciplinado a aquellos miembros de la profesión legal que han desatendido los avisos de incumplimiento y no han completado las horas créditos de educación jurídica continua. Véanse: *In re Camacho Hernández*, 188 DPR 739 (2013); *In re Villamil Higuera*, supra; *In re Rivera Trani*, supra; *In re Ramírez Ferrer*, 183 DPR 382 (2011); *Galarza Rodríguez, Ex parte*, 183 DPR 228 (2011). De igual forma hemos actuado cuando los abogados y las abogadas quebrantan su obligación de notificar cualquier cambio de dirección postal o física a este Tribunal. Véase Regla 9(j) del Reglamento de este Tribunal, 4 LPRA Ap. XXI-B. El propósito principal de RUA es centralizar en una base de datos la información de las personas autorizadas por este Tribunal a ejercer la abogacía y la notaría. *In re Camacho Hernández*, supra, pág. 743; *In re Toro Soto*, 181 DPR 654, 660–661 (2011).

### III

Conforme a lo señalado, el licenciado Morán Loubriel incumplió con los requisitos del Programa de Educación Jurídica Continua para el periodo del 1 de agosto de 2007 al 31 de julio de 2009. La omisión de cumplir con el mínimo de horas crédito tiene que estar justificada con alguna razón que lo exima a ello. El licenciado Morán Loubriel no ha expresado justificación alguna para tal omisión. Peor aún, el abogado ha desplegado una actitud inerte e indiferente al no comparecer para responder por su incumplimiento con los requerimientos del Programa de Educación Jurídica Continua y de este Tribunal. Por último, el togado incumplió con el deber que impone la Regla 9(j) de nuestro Reglamento, *supra*, al no informar ni mantener al día los cambios en su dirección postal.

## IV

Por lo anterior, *suspendemos inmediata e indefinidamente al Lcdo. Ramón Morán Loubriel del ejercicio de la abogacía por incumplir con los requisitos del Programa de Educación Jurídica Continua y no informar a nuestra Secretaría los cambios de dirección postal conforme a nuestro Reglamento.*

*El señor Morán Loubriel tiene el deber de notificar a sus clientes, si alguno, de su inhabilidad para seguir con su representación y deberá devolverles los expedientes de los casos pendientes, así como los honorarios recibidos por trabajos no rendidos. Además, deberá informar oportunamente de su suspensión a los foros judiciales y administrativos. Estas gestiones deberán certificarse a este Tribunal dentro del término de 30 días a partir de la notificación de esta Opinión "per curiam" y Sentencia. La Oficina del Alguacil de este Tribunal notificará personalmente esta Opinión "per curiam" y Sentencia al Sr. Ramón Morán Loubriel.*

*Se dictará Sentencia de conformidad.*

La Juez Asociada Señora Rodríguez Rodríguez no intervino.